UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

In Re:  CHARLES AARON BURGESS                           Case No.:   05-07281-8-JRL
        CRYSTAL LYNETTE BURGESS


REPORT OF UNCLAIMED DIVIDEND

  The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

  1.  That the following checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have never been negotiated:

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| CIT GROUP/CONSUMER FINANCE, INC.<br>715 S. METROPOLITAN AVENUE<br>OKLAHOMA CITY, OK 73124-0330 | $61.75 |

  2.  That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

  WHEREFORE, the undersigned Trustee desires to pay into the Court said unclaimed dividends pursuant to 11 USC 1347.


DATED:  November 4, 2010


/S/ RICHARD M. STEARNS
RICHARD M. STEARNS
Chapter 13 Trustee
Post Office Box 2218
Kinston, North Carolina 28502
Phone:  (252) 523-2295